UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-cr-579-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| CORNELIU WEIKUM and ) | ORDER |
| YULIA MISHINA-HEFFRON, ) | |
| ) | |
| Defendant, ) | |

This matter was submitted to the undersigned Magistrate Judge on a Motion to Continue Hearing (#35).

The Court having reviewed the Motion (#35) and good cause appearing therefore,

IT IS HEREBY ORDERED that Motion to Continue Hearing (#35) is **GRANTED IN PART AND DENIED IN PART**.

IT IS FURTHER ORDERED that the Motion to Continue Hearing (#35) is **GRANTED** in that the hearing scheduled for January 3, 2011, at 9:00 AM is VACATED and **RESCHEDULED to January 13, 2011, at 9:00 AM.**

IT IS FURTHER ORDERED that the Motion to Continue Hearing (#35) is DENIED as to all other requests.

DATED this  29th   day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge