```
JOHN J. MOMOT, ESQ.
YI LIN ZHENG, ESQ.
John J. Momot, Ltd.
520 S. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorneys for Defendant
YULIA MISHINA-HEFFRON
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>YULIA MISHINA-HEFFRON,<br><br>        Defendant. | Case No.: 2:10-cr-579-GMN-RJJ |

## SUBSTITUTION OF ATTORNEYS

STEPHEN STEIN, ESQ., Attorney of Record for the above-named Defendant, YULIA MISHINA-HEFFRON, consents to the substitution of JOHN J. MOMOT, ESQ. and/or YI LIN ZHENG, ESQ., of the law office of JOHN J. MOMOT, LTD., for the Defendant, in the above-entitled matter in his place.

DATED this 19 day of July, 2011.

By: /s/ Stephen Stein
Stephen Stein
Stein & Rojas
520 S. Fourth St
Las Vegas, NV 89101
(702)384-5563

JOHN J. MOMOT, ESQ. and/or YI LIN ZHENG, ESQ., of the law office of JOHN J. MOMOT, LTD., do hereby agree to be substituted in the place of STEPHEN STEIN, ESQ., as *well as Roger J. Rosen, Esq.* YMH attorney for the Defendant, YULIA MISHINA-HEFFRON, in the above-entitled matter.

DATED this 18 day of July, 2010. YMH

_____
JOHN J. MOMOT, ESQ.

_____
YI LIN ZHENG, ESQ.

YULIA MISHINA-HEFFRON, Defendant in the above-entitled case consents to the substitution of JOHN J. MOMOT, ESQ. and/or YI LIN ZHENG, ESQ., of the law office of JOHN J. MOMOT, LTD., in place of STEPHEN STEIN, ESQ., as her attorney of record. *as well as Roger J. Rosen, Esq.* YMH

DATED this 18 day of July, 2010.

_____
YULIA MISHINA-HEFFRON

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: JULY 26, 2011

LAW OFFICES OF
JOHN J. MOMOT, ESQ.
SUITE 300
520 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
(702) 385-7170