

```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

              SEP 2 0 2012

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>YULIA MISHINA-HEFFRON,<br><br>      Defendant. | 2:10-CR-579-GMN-(RJJ)<br>2:12-CR-346-GMN-RJJ |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 20, 2012, defendant YULIA MISHINA-HEFFRON pled guilty to Count Two of a Criminal Indictment charging her in Count Two with Bulk Cash Smuggling in violation of Title 31, United States Code, Section 5332(a). Criminal Indictment, ECF No. 19.

This Court finds defendant YULIA MISHINA-HEFFRON agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and the Bill of Particulars, and agreed to in the Supplemental Plea Memorandum for Defendant Yulia Mishina-Heffron. Criminal Indictment, ECF No. 19; Bill of Particulars, ECF No. 73.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Indictment and the Bill of Particulars and agreed to the in Supplemental Plea Memorandum for Defendant Yulia Mishina-Heffron and the offense to which defendant YULIA MISHINA-HEFFRON pled guilty.

1  The following assets are subject to forfeiture pursuant to Title 31, United States Code,
2  Sections 5332 and 5317:

3      a)    $20,000.00 in United States Currency in a package(s) sent by defendant
4            Yulia Mishina-Heffron and seized by Department of Homeland Security -
5            Homeland Security Investigations on or about March 11, 2010;

6      b)    $1,089,300.00 in United States Currency seized from defendant Corneliu
7            Weikum on or about October 22, 2010 at Las Vegas McCarran
8            International Airport;

9      c)    $248,800.00 in United States Currency seized by Department of Homeland
10           Security - Homeland Security Investigations from a storage locker in
11           Central District of California and controlled by the defendants on or about
12           June 9, 2010;

13     d)    $6,560.00 in United States Currency seized from the defendants incident
14           to arrest on or about November 15, 2010;

15     e)    a Chanel watch seized from the defendants incident to arrest on or about
16           November 15, 2010; and

17     f)    two Virtu phones seized from the defendants incident to arrest on or about
18           November 15, 2010 ("property").

19 This Court finds the United States of America is now entitled to, and should, reduce the
20 aforementioned property to the possession of the United States of America.

21 NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
22 the United States of America should seize the aforementioned property.

23 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest
24 of YULIA MISHINA-HEFFRON in the aforementioned property is forfeited and is vested in the
25 United States of America and shall be safely held by the United States of America until further
26 order of the Court.

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this  20  day of  SEPTEMBER , 2012.

_____
UNITED STATES DISTRICT JUDGE