

1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
7                                 DISTRICT OF NEVADA
8  UNITED STATES OF AMERICA,              )
                                          )
9           Plaintiff,                    )
                                          )
10     v.                                 )     2:10-CR-579-GMN-(RJJ)
                                          )     2:12-CR-346-GMN-(RJJ)
11 YULIA MISHINA-HEFFRON,                 )
                                          )
12          Defendant.                    )

13                           **FINAL ORDER OF FORFEITURE**

14         On September 20, 2012, the United States District Court for the District of Nevada entered
15 a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 31, United
16 States Code, Section 5332 and 5317 based upon the plea of guilty by defendant YULIA MISHINA-
17 HEFFRON to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and
18 the Bill of Particulars and agreed to in the Plea Memorandum and the Supplemental Plea
19 Memorandum, and shown by the United States to have the requisite nexus to the offense to which
20 defendant YULIA MISHINA-HEFFRON pled guilty. Criminal Indictment, ECF No. 19; Bill of
21 Particulars, ECF No. 73; Plea Memorandum, ECF No. 76; Supplemental Plea Memorandum, ECF No.
22 77; Minutes of Change of Plea Proceedings, ECF No. 80; Preliminary Order of Forfeiture, ECF No.
23 79.

24         This Court finds the United States of America published the notice of the forfeiture in
25 accordance with the via the official government internet forfeiture site, www.forfeiture.gov,
26 . . .

consecutively from September 27, 2012, through October 26, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 81.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 31, United States Code, Sections 5332 and 5317; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) $20,000.00 in United States Currency in a package(s) sent by defendant Yulia Mishina-Heffron and seized by Department of Homeland Security - Homeland Security Investigations on or about March 11, 2010;

b) $1,089,300.00 in United States Currency seized from defendant Corneliu Weikum on or about October 22, 2010 at Las Vegas McCarran International Airport;

c) $248,800.00 in United States Currency seized by Department of Homeland Security - Homeland Security Investigations from a storage locker in Central District of California and controlled by the defendants on or about June 9, 2010;

d) $6,560.00 in United States Currency seized from the defendants incident to arrest on or about November 15, 2010;

e) a Chanel watch seized from the defendants incident to arrest on or about November 15, 2010; and

. . .

f) two Virtu phones seized from the defendants incident to arrest on or about November 15, 2010 ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _21_ day of _Dec_, 2012.

_____
UNITED STATES DISTRICT JUDGE