DANIEL G. BOGDEN
Unites States Attorney
WESLEY L. HSU
Special Assistant U.S. Attorney
MICHAEL CHU
Assistant U.S. Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR Nos.   2:10-CR-00579-GMN-RJJ |
| | ) | 2:12-CR-00346-GMN-RJJ |
| Plaintiff, | ) | |
| | ) | ORDER REDUCING |
| v. | ) | RESTITUTION DUE |
| | ) | |
| CORNELIU STEFAN WEIKUM and | ) | |
| YULIA MISHINA-HEFFRON, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Criminal Procedure 35(a), IT IS HEREBY ORDERED that the judgment and commitment order in this case for each defendant is corrected to reflect a reduced total amount of restitution due of $4,367,476.38.

DATED: January 3, 2013.

_____
HON. GLORIA M. NAVARRO
United States District Judge