1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                )
                                            )
9          Plaintiff,                       )
                                            )          2:10-CR-579-GMN-(NJK)
10                 v.                        )          2:12-CR-346-GMN-(NJK)
                                            )
11  CORNELIU WEIKUM and                     )
   YULIA MISHINA-HEFFRON,                    )
12                                          )
           Defendants.                      )
13

14                              **FINAL ORDER OF FORFEITURE**

15          On September 20, 2012, the United States District Court for the District of Nevada entered a

16  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 31, United States

17  Code, Sections 5332 and 5317 based upon the plea of guilty by defendant CORNELIU WEIKUM to

18  the criminal offense, forfeiting the property set forth in the Supplemental Plea Memorandum, the Bill

19  of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United

20  States to have the requisite nexus to the offense to which defendant CORNELIU WEIKUM pled

21  guilty. Criminal Indictment, ECF No. 19; Bill of Particulars, ECF No. 73; Supplemental Plea

22  Memorandum for Defendant Corneliu Weikum, ECF No. 75; Change of Plea, ECF No. 80;

23  Preliminary Order of Forfeiture, ECF No. 78.

24          On September 20, 2012, the United States District Court for the District of Nevada entered a

25  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 31, United States

26  Code, Sections 5332 and 5317 based upon the plea of guilty by defendant YULIA MISHINA-

HEFFRON to the criminal offense, forfeiting the property set forth in the Supplemental Plea Memorandum, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant YULIA MISHINA-HEFFRON pled guilty. Criminal Indictment, ECF No. 19; Bill of Particulars, ECF No. 73; Supplemental Plea Memorandum for Defendant Yulia Mishina-Heffron, ECF No. 77; Change of Plea, ECF No. 80; Preliminary Order of Forfeiture, ECF No. 79.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 27, 2013, through December 26, 2013, notifying all potential third parties; and notified known third parties by personal service, by regular mail and certified mail return receipt requested, or by regular mail and Federal Express, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 97.

On December 6, 2013, Homeland Security Investigations served Heather Dixon with copies of the Preliminary Orders of Forfeiture and the Notice by personal service. Notice of Filing Service of Process - Personal Service and Service by Certified Mail and Regular Mail Completed by Homeland Security Investigations, ECF No. 205, p. 1, 14 - 24.

On January 13, 2014, Homeland Security Investigations served Patrick Bischoff with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Personal Service and Service by Certified Mail and Regular Mail Completed by Homeland Security Investigations, ECF No. 205, p. 1 - 13.

On January 14, 2014, U.S. Customs and Border Protection served Gerald Lee Aftem with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Riyadh Almadrhi with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Samuel J. Arnett with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Jason Austell with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served James Balger with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Charles Richard Barnes with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Barry Motors c/o Mike Barry with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Betty J. Baxter with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Bella Casa, LLC c/o Registered Agent Charles Davidson with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Jamie Rebecca Benna with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Jared Bickner with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Steven Blanchard with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Michael Blewett with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Cheri J. Boucher with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Kenneth Boyle with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served William Braun, Jr., with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Wesley Brewer with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served David E. Brown with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 14, 2014, U.S. Customs and Border Protection served Larry M. Brown with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 15, 2014, U.S. Customs and Border Protection served Mark Bruner with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 15, 2014, U.S. Customs and Border Protection served Chandler Buie with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 15, 2014, U.S. Customs and Border Protection served Matthew Burgan with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 15, 2014, U.S. Customs and Border Protection served Sara Anita Burruel with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 15, 2014, U.S. Customs and Border Protection served Robert Cammarata with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 15, 2014, U.S. Customs and Border Protection served Charles Campbell with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Ruben Castaneda with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Roberta Caswell with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Heidi and Eric Chan with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Bill Clothier with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Heidi C. Clymer with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Harold Coiner with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served William Costigan with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Dianna M. Courntey with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served David A. Delacruz with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Barry Delong with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Rebecca Sue Dillon with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Joette Jane Ditch with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Cindy Doxsie with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Edward Dundon with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Bruce Eckert with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Terry Eisenman with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Christian D. Elizondo with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Frank Emory with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Annabel Filbert with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Peter C. Flaherty with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 16, 2014, U.S. Customs and Border Protection served Carl Fontaine with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Manuel Garcia with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served William Geisler with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Richard T. Gonzales with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Haydie Gonzalez c/o John Derrin with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Mary Susan Graves with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served George Gray with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served David Green with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Monica Hall with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt

requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Jeff Hammer with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Christine G. Hansen with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Robert H. Harmon with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served James Hartigan with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Guadalupe Hernandez with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Phu Duc Ho with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Corey Hutzenbeler with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Ron Ilk with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Howard James c/o Netspheres with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Sandra Jimenez with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Deborah Johnson with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Anushka Kalicharan with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Paul H. Kaplan with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Noorali Karim with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Jim Kennedy with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Nasar Khan with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Yaniv Konfino with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Dale Kramer with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Robert Kristof with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Faezeh A. Eduljee Kurosh with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Priscilla A. Leitch with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Michael Lenyo with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Kelly and Jonathan Leu with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Victor Lin with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Lisa Liou with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Thomas Little with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Bradley D. Lochman with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Wymond Love with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Lisa Heinz Marino with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Tommy Marshall with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Laura Mayeaux with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Brian McCarthy with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Nancy G. Melton with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Thomas Metzger with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Daniel and Annabelle Miller with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Lynne C. Miller with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Charles Mills with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Attila and Charles Morgan with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Sam S. Morrison with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Edgar and Cheryl Mosqueda with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Wallace Murdoch with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Rick Murphy with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Yolanda Navarette with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Craig Neal with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Saud Negash with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served C. Gale Nemec with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Irving K. Nemi with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Scott Newman with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Larry Northrup with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Joseph Nowicki with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Mark Nuccio with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Jeff B. Oakley with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Suzanne Oliver with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Larry S. Palmer with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Claude Parent with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Samuel J. Parker with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Donald Pascucci with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Calvin Peerson with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Richard Pollack with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Constantin Popa with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Jean Pierre Poulleau with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Robert Raymond with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Stacy Lynne Rhone with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served F. Michael and Patricia Rogers with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served David J. Rosenfeld with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Eric M. Scheufler with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Jeffery Scott with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Cynthia H. Smith with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Jentri Smith with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Mark Smith with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Melissa Snell with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Michael Soulieres with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Jennifer Spears with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served John Spence with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served William A. Still with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Tom Sudheimer with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served James and Susan Swain with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Theron Swain with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Christian Tanguy Lingyun with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Anastasia Teu with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Lars G. Thureson with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Kathryn and Michael Titus with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Joe Van Burgh with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Charles and Jennifer Vanderminden with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Christopher M. Walcott with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served William Walls with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Phillippe M. Walser with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Robert A. Warden with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served James Watkins with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Christian White with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Robert Wilson with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return

receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Scott Wolf c/o Greater Boston Properties with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Doug Wolff with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Guy Woodward with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Bradley York with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On January 17, 2014, U.S. Customs and Border Protection served Dustin C. Zander with copies of the Preliminary Orders of Forfeiture and the Notice through regular and certified mail, return receipt requested. Notice of Filing Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 204.

On August 21, 2014, U.S. Customs and Border Protection served Bridget Allim with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served Alan Benson with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served Robert Franklin Black with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served Keith and Jackie Caito with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served Shameika M. Canty with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served Jack Chang with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served Roy Clay with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served David Kutoff with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of

Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served Bradley McKitterick with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served David M. Rayner with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served Dionisio J. Caronan with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 21, 2014, U.S. Customs and Border Protection served Rafael Pina c/o Rap Development, Inc., with copies of the Preliminary Orders of Forfeiture and the Notice through certified mail and regular mail. Notice of Filing Supplemental Service of Process - Certified Mail and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 208.

On August 25, 2014, U.S. Customs and Border Protection served Richard Hanchar with copies of the Preliminary Orders of Forfeiture and the Notice through Federal Express and regular mail. Notice of Filing Service of Process - Federal Express and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 206.

On August 25, 2014, U.S. Customs and Border Protection served Henrik Haugaard with copies of the Preliminary Orders of Forfeiture and the Notice through Federal Express and regular mail. Notice of Filing Service of Process - Federal Express and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 206.

On August 25, 2014, U.S. Customs and Border Protection served Alan W. Howell with copies of the Preliminary Orders of Forfeiture and the Notice through Federal Express and regular mail. Notice of Filing Service of Process - Federal Express and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 206.

On August 25, 2014, U.S. Customs and Border Protection served Karl Johansson with copies of the Preliminary Orders of Forfeiture and the Notice through Federal Express and regular mail. Notice of Filing Service of Process - Federal Express and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 206.

On August 25, 2014, U.S. Customs and Border Protection served Jadranka Laus with copies of the Preliminary Orders of Forfeiture and the Notice through Federal Express and regular mail. Notice of Filing Service of Process - Federal Express and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 206.

On August 25, 2014, U.S. Customs and Border Protection served Karl Nigel Piper with copies of the Preliminary Orders of Forfeiture and the Notice through Federal Express and regular mail. Notice of Filing Service of Process - Federal Express and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 206.

On August 25, 2014, U.S. Customs and Border Protection served Parmjit Kaur Sandhu with copies of the Preliminary Orders of Forfeiture and the Notice through Federal Express and regular mail. Notice of Filing Service of Process - Federal Express and Regular Mail Completed by U.S. Customs and Border Protection, ECF No. 206.

On February 25, 2015, the German Authorities, pursuant to a request by the United States Department of Justice, personally served Andreas Strecker with copies of the Preliminary Orders of Forfeiture and the Notice. *See* Andreas Strecker's Motion for Return of Property, ECF No. 211.

The United States could not serve 66 individuals as they were originally identified by way of bank records and searches of the various databases available to the Agents did not reveal any additional contact information, specifically addresses: Adewumi Adeniyi, Steven C. Anderson, Damon

C. Atkins, John Babcock, Christopher W. Baldwin, Jim Barklay, Jason Bigelow, Damario Bullock, Keith Chapman, Roger Chouinard, Ronald P. Colin, Billy Combs, Autumn R. Conroy Cornell, Anthony Cozlowicz, Raymond Daniels, Juergen Deforth, Ana Diaz, Marjerlyne Diaz, Amanda Dyer, Eide Motors, Donatus Ejike, Dany Fillion, Larry M. Floyd, Ruth V. Gaines, Monica Galvin, Yamileth Godinez, Hector Gonzalez, Richard Gouldbourne, Dwan Greenwaldt, Ricardo Guzman, Nora Jean Harmon, Gary Harrison, Sailor Jackson, Terry L. James, Herman Kirkland, Diana Lake, David Lewis, Marco Lopez, Jay Martin, Ian McGilivramy, Christina Mireless, Carmen Morales, Maureen Mullin, Stifel Nicolaus, Duston Odea,  Manuel and Guadalupe Ortiz, Isidro A. Payamps, Gordon L. Peters, Thomas Prybyloski, Alisa Reed, John D. Rigby, Jason Rigdon, River Cross Bobcat Service, Clary Rodriguez, Jarrell Rodriguez, Jay Schults, Daniel Segura, Omar Mohammad Shams, Edvard Sinjankovich, Leah Stanley, Andy Thomas, Henry Kie Tong, Travis Voing, Nick J. Weber, Mark F. Wilson, and Alejandro Yepez. Notice of Filing Service of Process - Certified Mail and Regular Mail Attempted but Returned by U.S. Customs and Border Protection and Internal Revenue Service, ECF No. 207.

In addition, the United States attempted service, but the service was returned and no new address could be found within the various databases available to the Agents for the following 22 individuals: Luci Batson, Alan Cancro, Shanissa Daniels, Mike Foust, Kenneth Franklin, Jamar Garden, Joseph Herburin, Tamerrick Devon Holloman, Brittany Humbert, Chad Isaacs, Javid Javdani, Jackie Lofton, Amber McIntosh, Lisa Mejia, Milton Lester Newsome, Charlie Ottinger, Brendan Newman Pickering, Andres Rivera, David Tucker, Kesley Umana, Ryan Van Tassel, and Mark Dillon Williams. Notice of Filing Service of Process - Certified Mail and Regular Mail Attempted but Returned by U.S. Customs and Border Protection and Internal Revenue Service, ECF No. 207.

On January 3, 2014, Heather Dixon filed a Petition for Remission or Mitigation of a Criminal or Civil Forfeiture Action by the United States Department of Justice (ECF No. 98).  On January 9, 2014, the Court struck the Petition and forwarded the Petition to the United States Attorney's Office pursuant to Title 28, Code of Federal Regulations, Section 9.4(e). Minute Order, ECF No. 99.

On January 27, 2014, Richard T. Gonzales filed a Petition for Return of Monies Owed (ECF No. 100).  On June 17, 2014, the United States filed a proposed Settlement Agreement Resolving Third-Party Claim as to Richard T. Gonzales (ECF No. 160).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Richard T. Gonzales (ECF No. 177).

On January 28, 2014, Samuel J. Parker filed a Petition for Return of Property (Cash) Seized (ECF No. 101).  On June 27, 2014, the United States filed a Motion to Dismiss the Third-Party Claim of Samuel J. Parker (ECF No. 153).  On August 15, 2014, the United States filed a proposed Settlement Agreement Resolving the Third Party Claim as to Samuel J. Parker (ECF No. 199).  On the same date, the Court granted the Settlement Agreement Resolving the Third Party Claim and Agreeing to Judgment of Forfeiture as to Samuel J. Parker (ECF No. 200).

On January 28, 2014, James D. Balger filed a Petition for Return of Property Seized (ECF No. 102).  On March 25, 2014, the United States filed a Motion to Dismiss the Third-Party Claim of James Balger (ECF No. 143).  On April 7, 2014, a Response was filed (ECF No. 147) and on April 14, 2014, the United States filed its Reply (ECF No. 149).  On June 18, 2014, the Court granted the United States' Motion to Dismiss the Third-Party Claim of James Balger (ECF No. 150).

On January 28, 2014, Charles R. Barnes filed a Petition for Return of Monies Owed (ECF No. 103).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Charles Barnes (ECF No. 156).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Charles Barnes (ECF No. 173).

On January 28, 2014, Jean-Pierre Poulleau filed a Petition for Return of Property (Money) (ECF No. 103).  On February 12, 2014, Jean-Pierre Poulleau withdrew his Motion for Return of Property (Money). Notice of Withdrawal of Motion, ECF No. 118.

On January 29, 2014, Jennifer Clements Spears filed a Petition to Issue Restitution Awarded in the Amount of $19,900 (ECF No. 107).  On June 27, 2014, the United States filed a proposed

Settlement Agreement Resolving the Third-Party Claim as to Jennifer Clements Spears (ECF No. 167).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Jennifer Clements Spears (ECF No. 184).

On January 30, 2014, Brian J. McCarthy filed a Petition for Hearing to Adjudicate Legal Interest in Forfeited Property (ECF No. 109).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Brian J. McCarthy (ECF No. 164).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Brian J. McCarthy (ECF No. 181).

On February 4, 2014, Howard James filed a Motion for Hearing Regarding Right to Property Seized from Defendants (ECF No. 112).  On July 1, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Howard James (ECF No. 187).  On July 7, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Howard James (ECF No. 188).

On February 10, 2014, Constantin Popa filed a Petition for Hearing to Validate Legal Interest in Property Forfeited (ECF No. 114).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Constantin Popa (ECF No. 166).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Constantin Popa (ECF No. 183).

On February 10, 2014, Peter C. Flaherty filed a Petition of Settlement (ECF No. 115).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Peter Flaherty (ECF No. 158).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Peter Flaherty (ECF No. 175).

On February 12, 2014, William D. Geisler filed a Petition for Adjudication and Restitution (ECF No. 117).  On March 25, 2014, the United States filed a Motion to Dismiss the Third-Party Claim of William D. Geisler (ECF No. 143).  On April 7, 2014, a Response was filed (ECF No. 147)

and on April 14, 2014, the United States filed its Reply (ECF No. 149).  On June 18, 2014, the Court granted the United States' Motion to Dismiss the Third-Party Claim of William D. Geisler (ECF No. 150).

On February 14, 2014, Carl Fontaine filed a Motion for Return of Property (ECF No. 120). On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Carl Fontaine (ECF No. 159).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Carl Fontaine (ECF No. 176).

On February 14, 2014, Bill Clothier filed a Petition for Payment of Restitution out of Funds Ordered Forfeited (ECF No. 122).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Bill Clothier (ECF No. 157).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Bill Clothier (ECF No. 174).

On February 18, 2014, Brittany Humbert and Gino Vankuilenburg filed a Petition to Adjudicate Validity of Interest (ECF No. 123).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Brittany Humbert (ECF No. 161).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Brittany Humbert (ECF No. 178).

On February 18, 2014, Jason Austell filed a Petition to Adjudicate Third Party Interest (ECF No. 125).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Jason Austell (ECF No. 155).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Jason Austell (ECF No. 172).

On February 18, 2014, David Brown filed a Motion for Hearing to Adjudicate Validity of Legal Interest in Property Forfeited (ECF No. 127).  On July 22, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to David Brown (ECF No. 192).

On July 25, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to David Brown (ECF No. 193).

On February 18, 2014, Douglas Wolff filed a Petition for the $14,900 Defrauded by Defendants (ECF No. 128).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Douglas Wolff (ECF No. 168).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Douglas Wolff (ECF No. 185).

On February 18, 2014, Gerald Aftem filed a Motion for Return of Property (ECF No. 129). On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Gerald Aftem (ECF No. 154).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Gerald Aftem (ECF No. 171).

On February 19, 2014, Irving Nemi filed a Petition Claiming Interest to Seized Assets and Properties (ECF No. 131).  On July 15, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Irving Nemi (ECF No. 190).  On July 16, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Irving Nemi (ECF No. 191).

On February 20, 2014, Bradley York filed a Petition for Remission or Mitigation of the Forfeiture and for Restitution (ECF No. 134).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Bradley York (ECF No. 169).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Bradley York (ECF No. 186).

On February 20, 2014, Deborah and Corey Hutzenbeler filed a Motion for Hearing to Adjudicate Legal Interest in Forfeited Property (ECF No. 134).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Corey Hutzenbeler (ECF No. 162).  On August 15, 2014, the Court granted the Settlement Agreement Resolving the

Third-Party Claim and Agreeing to Judgment of Forfeiture as to Corey Hutzenbeler (ECF No. 179). On August 14, 2014, the United States filed an Unopposed Motion Withdrawing the Claim of Deborah Hutzenbeler (ECF No. 198).  On August 15, 2014, the Court granted the Unopposed Motion Withdrawing the Claim of Deborah Hutzenbeler (ECF No. 201).

On February 21, 2014, Frank E. Emory, Jr., filed a Petition for Adjudication of Legal Interests in Forfeited Property (ECF No. 138).  On June 27, 2014, the United States filed a Motion to Dismiss the Third-Party Claim of Frank Emory (ECF No. 153).  On August 5, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Frank Emory (ECF No. 196). On August 6, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Frank Emory (ECF No. 197).

On February 26, 2014, Brad Lochman filed a Petition for Legal Interest (ECF No. 141).  On June 27, 2014, the United States filed a proposed Settlement Agreement Resolving the Third-Party Claim as to Brad Lochman (ECF No. 163).  On June 30, 2014, the Court granted the Settlement Agreement Resolving the Third-Party Claim and Agreeing to Judgment of Forfeiture as to Brad Lochman (ECF No. 180).

On March 5, 2015, Andreas Strecker filed a Motion for Return of Property (ECF No. 211). On March 9, 2015, Government counsel spoke by telephone to Andreas Strecker, who resides in the Republic of Germany and Mr. Strecker verbally withdrew any and all interest in his claim, electing to join the class of victims, listed and specified herein, who have agreed to participate in the restoration process to compensate, in part, for their losses based on the fraud that is the focus of this prosecution.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 31, United States Code, Sections 5332 and 5317; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1.   $20,000.00 in United States Currency in a package(s) sent by defendant Yulia Mishina-Heffron and seized by Department of Homeland Security - Homeland Security Investigations on or about March 11, 2010;

2.   $1,089,300.00 in United States Currency seized from defendant Corneliu Weikum on or about October 22, 2010 at Las Vegas McCarran International Airport;

3.   $248,800.00 in United States Currency seized by Department of Homeland Security - Homeland Security Investigations from a storage locker in Central District of California and controlled by the defendants on or about June 9, 2010;

4.   $6,560.00 in United States Currency seized from the defendants incident to arrest on or about November 15, 2010;

5.   a Chanel watch seized from the defendants incident to arrest on or about November 15, 2010; and

6.   two Virtu phones seized from the defendants incident to arrest on or about November 15, 2010 ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 30th day of April, 2015.

_____

Gloria M. Navarro, Chief Judge
United States District Court

**PROOF OF SERVICE**

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Final Order of Forfeiture on April 15, 2015, by the below identified method of service:

CM/ECF

Thomas F. Pitaro
601 Las Vegas Blvd. South
Las Vegas, NV 89101
thomaspitaro@yahoo.com
Counsel for Corneliu Weikum

John J. Momot, Jr.
Yi Lin Zheng
520 S. Fourth Street, Ste. 300
Las Vegas, NV 89101
momotlawfirm@gmail.com
momotefiling@gmail.com
Counsel for Yulia Mishina-Heffron

Matthew W. Hoffman
Atkinson & Watkins, LLP
10789 W. Twain Ave., Suite 100
Las Vegas, NV 89135
mhoffman@atkinsonwatkins.com
Interested Party, Gerald Aftem

Jeffrey R. Albregts
Holley, Driggs, Walch, Puzey & Thompson
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101
Email: jalbregts@nevadafirm.com
Interested Party, Corey Hutzenbeler
Interested Party, Deborah Hutzenbeler

First Class Mail

Jean-Pierre Poulleau
1700 Las Trampas Rd
Alamo, CA 94507-1826

Heather Dixon
7405 Burnham Ave. #1007
Las Vegas, NV 89123

James D. Balger
13127 Riverwoods Trail
Grand Ledge, MI 48837

Samuel J. Parker
P.O. Box 3378
Carefree, AZ 85377

Charles Richard Barnes
35 Highland View Drive
Southern Pines, NC 28387

Jennifer Clements Spears
560 Orchard Road
Pine Mountain Valley, GA 31823

Patrick M. Connolly
One Glenlake Parkway
Suite 1075
Atlanta, GA 30328
Interested Party, Brian J. McCarthy

Howard James
3629 E. Kristal Way
Phoenix, AZ 85050

Constantin Popa
4976 Sweetwater Dr.
Noblesville, IN 46067

Peter C. Flaherty
P.O. Box 89
Constantia, NY 13044

William D. Geisler
808 Swift Wind Place
Wilmington, NC 28405

Bill Clothier
192 Lopez Sound Road
Lopez Island, WA 98261

Gino Vankuilenburg
4217 F Swan Forrest
Carrollton, TX 75010

Brittany Humbert
4217 F Swan Forrest
Carrollton, TX 75010

Jason Austell
711 Kline St., Unit A
La Jolla, CA 92037

David Brown
153 S. Sierra Ave., #470
Solana Beach, CA 92075

Douglas Wolff
961 Osceola Ave
St. Paul, MN 55105

Irving Nemi
208 Perrywinkle Lane
Gaithersburg, MD 20878

Bradley J. York
7311 Lenburg Road
Portage, IN 46368

Frank E. Emory, Jr.
2809 Sharon View Road
Charlotte, NC 28210

Brad Lochman
9490 Mistwater Close
Roswell, GA 30076

/s/ Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist