# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CORNELIU WEIKUM, ) <br> YULIA MISHINA-HEFFRON, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:10-cr-0579-GMN-NJK <br> and <br> Case No.: 2:12-cr-0346-GMN-NJK <br><br> **ORDER** |

On October 19, 2015, the Court granted the Government's Motion to Adjust Various Victim's Restitution Amounts to Reflect Payments from Other, Third-Party Sources regarding Defendants Corneliu Weikum and Yulia Mishina-Heffron (collectively, "Defendants"). (Case No. 2:10-cr-0579-GMN-NJK, ECF No. 228; Case No. 2:12-cr-0346-GMN-NJK, ECF No. 142). In accordance with this Order, the Court issued Amended Judgments in both cases as to both Defendants. (*See* Case No. 2:10-cr-0579-GMN-NJK, ECF No. 229–230; Case No. 2:12-cr-0346-GMN-NJK, ECF No. 143–144). These Amended Judgments included an updated restitution list, reducing the amount of restitution owed to certain victims who received partial compensation from third-party sources. However, the Amended Judgments ordered the same total amount of restitution as the initial Judgments.

Now pending before the Court is the Government's Motion to Amend Judgments to Clarify Restitution Amounts. (Case No. 2:10-cr-0579-GMN-NJK, ECF No. 232; Case No. 2:12-cr-0346-GMN-NJK, ECF No. 147). The Motion requests that the Court again amend the judgments in both cases as to both Defendants by reducing the total amount of restitution from $4,367,476.38 to $4,180,392.52. The Government asserts that this amendment is necessary to

make the total amount of restitution ordered consistent with the restitution list attached to the Amended Judgments.

On August 11, 2016, the Court held a hearing and conditionally accepted the Government's request pending verification by the Clerk's Office Finance Department that the total amount provided by the Government matched the total from the restitution lists attached to the previously Amended Judgments. (*See* Case No. 2:10-cr-0579-GMN-NJK, ECF No. 236; Case No. 2:12-cr-0346-GMN-NJK, ECF No. 151).

The Court has verified with the Clerk's Office Finance Department that the numbers are consistent.  Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Amend Judgments to Clarify Restitution Amounts (Case No. 2:10-cr-0579-GMN-NJK, ECF No. 232; Case No. 2:12-cr-0346-GMN-NJK, ECF No. 147) is **GRANTED**.

The Clerk of the Court shall amend the judgments in both Case No. 2:10-cr-0579-GMN-NJK and Case No. 2:12-cr-0346-GMN-NJK, reducing the total amount of restitution from $4,367,476.38 to $4,180,392.52.

**DATED** this __18__ day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court